USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1811 UNITED STATES, Appellee, v. STEPHEN MICHAEL DION, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Gene Carter, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Stephen M. Dion on brief pro se. _______________ Jay P. McCloskey, United States Attorney, Frederick C. Emery and ________________ ___________________ Margaret D. McGaughey, Assistant United States Attorneys, on brief for _____________________ appellee. ____________________ April 25, 1997 ____________________ Per Curiam. Stephen Michael Dion appeals from a __________ sentence imposed upon revocation of a term of supervised release. None of the arguments Dion raises on appeal were presented to the sentencing court. Having reviewed the briefs and record, we find no error (much less plain error). First, the imposition of an additional term of supervised release was within the district court's authority. See United States v. O'Neil, 11 F.3d 292, 301 (1st Cir. ___ ______________ ______ 1993). Dion has offered no persuasive reasons to reconsider our holding in O'Neil.  ______ Second, there is ample evidence in the record from which the district court could conclude that Dion has a history of alcohol abuse. The two new special conditions of supervised release were clearly directed at addressing this problem. Cf. United States v. Thurlow, 44 F.3d 46, 47 (1st ___ _____________ _______ Cir.) (per curiam) (no abuse of discretion in requiring defendant to abstain from consuming alcohol in light of personal history and continuing alcohol abuse), cert. denied, ____________ 115 S. Ct. 1987 (1995). We are persuaded that these conditions are rationally related to the goals of rehabilitation, deterrence, and protection of the public.  Affirmed. ________ -2-